CIVIL CAUSE FOR         TELEPHONE CONF
BEFORE JUDGE KORMAN     January 13, 2012        TIME 0/20
CV-  01-3953

TITLE:          SCARPA     -vs-    USA

PLTFFS ATTY:    **GEORGIA HINDE**    (212) 727-2717
                ✓ present           ___ not present

                ___ present         ___ not present

                ___ present         ___ not present

DEFTS ATTY:     **PATRICIA NOTOPOULOS**    x6354
                ✓ present           ___ not present

                ___ present         ___ not present

                ___ present         ___ not present

ESR: ___n/a___                  COURTROOM DEPUTY: PaulaMarie Susi

OTHER: _____

✓  CASE CALLED. CONF   (HELD / ADJ'D / CONT'D TO _____)

_  ARGUMENT HEARD / CONT'D TO _____.

_  DECISION:  ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER:

Reply by 2/3. Argument 2/22/12 @ 12pm.